UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.: 4:21-CV-03836-JCS )|
| Plaintiff, | ) ) **ORDER** |
| v. | ) ) |
| SUCCESSFUL BUSINESS LLC, a California Limited Liability Company; and Does 1-10, | ) ) ) ) |
| Defendant. | ) ) ) ) |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.  **Initial Case Management Conference set for December 3, 2021 at 2:00 PM by Zoom Webinar. Zoom Webinar ID: 161 926 0804. Passcode 050855. This date will be vacated if the dismissal is filed before this date.**

**IT IS SO ORDERED.**

Dated: September 27, 2021    _____
HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge